**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, <br><br> Plaintiff, <br><br> v. <br><br> HONDA MOTOR CO., LTD., et al., <br><br> Defendants. | C.A. No. 17-cv-294-LPS-CJB <br><br> **JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC, <br><br> Plaintiff, <br><br> v. <br><br> AISIN SEIKI CO., LTD., et al., <br><br> Defendants. | C.A. No. 17-cv-295-LPS-CJB <br><br> **JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC, <br><br> Plaintiff, <br><br> v. <br><br> BAYERISCHE MOTOREN WERKE AG, et al., <br><br> Defendants. | C.A. No. 17-cv-296-LPS-CJB <br><br> **JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC, <br><br> Plaintiff, <br><br> v. <br><br> DENSO CORPORATION, et al., <br><br> Defendants. | C.A. No. 17-cv-297-LPS-CJB <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MITSUBA CORPORATION, et al.,<br><br>    Defendants. | C.A. No. 17-cv-298-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NIDEC CORPORATION, et al.,<br><br>    Defendants. | C.A. No. 17-cv-299-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>    Defendants. | C.A. No. 17-cv-300-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Intellectual Ventures II LLC discloses that it is an indirect, wholly owned subsidiary of Invention Investment Fund II, LLC; Intellectual Ventures II LLC does not issue stock.

3

Dated: March 28, 2017

Of Counsel:

James M. Wodarski
Michael T. Renaud
Brad M. Scheller
Andrew H. DeVoogd
Nicholas W. Armington
Serge Subach
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241

Aarti Shah
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
701 Pennsylvania Avenue NW
Suite 900
Washington, DC 20004
Tel: 202-434-7300
Fax: 202-434-7400

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Phone: 302-777-0300
Fax: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for INTELLECTUAL VENTURES II LLC*