

March 28, 2017

**VIA E-FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 26
Wilmington, DE 19801-3556

    RE:    <u>Intellectual Ventures II LLC v. Honda Motor Co., Ltd., et al.,</u>
                <u>(C.A. 17-cv-294-300-LPS-CJB)</u>

Dear Chief Judge Stark:

    Pursuant to Your Honor's March 24, 2017 Oral Order, enclosed please find the proposed Procedures Order. We are available at the Court's convenience should Your Honor have any questions.

                                          Respectfully submitted,

                                          /s/ Brian E. Farnan

                                          Brian E. Farnan