# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>HONDA MOTOR CO., LTD., et al.,<br><br>        Defendants. | C.A. No. 17-cv-294-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AISIN SEIKI CO., LTD., et al.,<br><br>        Defendants. | C.A. No. 17-cv-295-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>BAYERISCHE MOTOREN WERKE AG, et al.,<br><br>        Defendants. | C.A. No. 17-cv-296-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>DENSO CORPORATION, et al.,<br><br>        Defendants. | C.A. No. 17-cv-297-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MITSUBA CORPORATION, et al.,<br><br>    Defendants. | C.A. No. 17-cv-298-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NIDEC CORPORATION, et al.,<br><br>    Defendants. | C.A. No. 17-cv-299-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>    Defendants. | C.A. No. 17-cv-300-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of James M. Wodarski, Michael T. Renaud, Brad M. Scheller, Andrew H. DeVoogd, Nicholas W. Armington, Serge Subach, and Aarti Shah of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. to represent Plaintiff Intellectual Ventures II LLC in these matters.

Dated:  April 18, 2017

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware  19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Date: 4/14/17

James M. Wodarski
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
JWodarski@mintz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Connecticut and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted  X  to the Clerk's Office upon the filing of this motion.

Date:   April 14, 2017

      Michael T. Renaud
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
MTRenaud@mintz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Date: 4/18/2017

Brad M. Scheller
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
BMScheller@mintz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Date: 4/14/17

Andrew H. DeVoogd
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
AHDeVoogd@mintz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Date: 4/13/17

Nicholas W. Armington
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
NWArmington@mintz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New Hampshire and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted X to the Clerk's Office upon the filing of this motion.

Date: 4/13/2017

Serge Subach
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
SSubach@mintz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of District of Columbia and Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Date: 4/12/17

*/s/ Aarti Shah*
Aarti Shah
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
701 Pennsylvania Avenue NW
Suite 900
Washington, DC 20004
Tel: 202-434-7300
Fax: 202-434-7400
AShah@mintz.com